**Order entered March 19, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01013-CV

## CHRISTOPHER GRAHAM, Appellant

## V.

## DARLA COMPTON, Appellee

### On Appeal from the County Court at Law No. 3
### Dallas County, Texas
### Trial Court Cause No. CC-19-05792-C

## ORDER

On February 3, 2021, we directed Dallas County Clerk John F. Warren to file, no later than February 12, 2021, a supplemental clerk's record in this appeal containing a copy of the (1) justice court's judgment, (2) appeal bond filed in justice court, and (3) September 17, 2019 statement of inability to pay. To date, the record has not been filed. Accordingly, we **ORDER** Mr. Warren to file the record **no later than March 26, 2021.** If any of the documents cannot be located, Mr. Warren shall state so in writing.

We **RESET** the deadline for filing appellant's brief to April 26, 2021.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/    CRAIG SMITH
JUSTICE